UNITED STATES of America, Plaintiff–Appellee

v.

Bobby Lynn SPRINGSTON, Defendant–Appellant.

No. 13–1624.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 23, 2013.

Filed: Oct. 16, 2013.

Candace L. Taylor, Matthew J. Wilson, U.S. Attorney's Office, Fort Smith, AR, for Plaintiff–Appellee.

Bruce Eddy, Assistant, Angela Lorene Pitts, Assistant, Federal Public Defender's

---

Office, Fayetteville, AR, for Defendant–Appellant.

Bobby Lynn Springston, Texas Department of Criminal Justice, Tennessee Colony, TX, pro se.

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

In 2009, Bobby Lynn Springston was charged with violating 18 U.S.C. § 2250 by failing to register as a sex offender pursuant to the Sex Offender Registration and Notification Act (SORNA). Springston moved to dismiss the indictment arguing that SORNA violated the non-delegation doctrine. The district court [1] denied the motion. Springston appealed. This court affirmed the conviction. *United States v. Springston,* 650 F.3d 1153, 1157 (8th Cir. 2011). The decision in *Reynolds v. United States,* —— U.S. ——, 132 S.Ct. 975, 984, 181 L.Ed.2d 935 (2012) necessitated a remand for consideration of the non-delegation issue. *United States v. Springston,* 480 Fed.Appx. 860, 861 (8th Cir.2012). The district court denied the motion to dismiss, upholding SORNA's constitutionality.

On appeal, Springston again asserts that 42 U.S.C. § 16913(d) violates the non-delegation doctrine. While this appeal was pending, this court upheld the delegation in 42 U.S.C. § 16913(d) because Congress set forth an intelligible principle guiding the Attorney General's exercise of authority. *United States v. Kuehl,* 706 F.3d 917, 920 (8th Cir.2013). *See Mistretta v. United States,* 488 U.S. 361, 372, 109 S.Ct. 647, 102 L.Ed.2d 714 (1989) (Congress may delegate legislative authority to another body,

provided a legislative act sets an intelligible principle for the exercise of the granted authority to which the authorized body must conform). The *Kuehl* case resolves Springston's appeal.

The judgment of the district court is affirmed.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.